UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COACH, INC. | * | |
|     Plaintiff, | * | |
| v. | * | Civil Action No. PWG 11-1239 |
| FARMERS MARKET & AUCTION A/K/A/ CHARLOTTE HALL FLEA MARKET, ET AL, | * | |
|     Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT ORDER
### (LOCAL RULE 111)

The parties have advised this Court that they have settled the above action, including all counterclaims, cross-claims and third-party claims, if any with regards to Defendants Lewis M. Gross, Tatten H. Sinclair, Youssef J. Simpson and Does 1-100. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed against Defendants Lewis M. Gross, Tatten H. Sinclair, Youssef J. Simpson and Does 1-100 and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within eighteen (18) months to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Dated: February 18, 2014

_____/S/_____
Paul W. Grimm
United States District Judge